# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

FILED

2008 FEB 22  A 10: 40

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA
V.
NATHAN ALLEN TALARICO

**CRIMINAL COMPLAINT**

CASE NUMBER: 08 - 70097 PVT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or after __February 11, 2008__ in __Santa Clara County__, in the __Northern__ District of __California__ defendant(s) did, (Track Statutory Language of Offense)

travel in interstate commerce from the State of California with the intent to avoid prosecution for one count of the violation of California Penal Code Section, 187, murder, under the laws of the State of California.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following facts:
                                    Official Title

    SEE ATTACHED AFFIDAVIT.

    PENALTIES: A maximum term of five (5) years imprisonment; a $250,000 fine; a maximum term of three (3) years of supervised release; and a $100 penalty assessment.

    REQUESTED BOND: Detain without bail.

Approved as to form: _____
    Thomas M. O'Connell, Assistant United States Attorney

Continued on the attached sheet and made a part hereof: ☒ Yes    ☐ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Mark R. Dixon
Special Agent, FBI

__Feb. 22, 2008__      at      __San Jose, California__
Date                                                                 City and State

Patricia V. Trumbull
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

```
STATE AND NORTHERN DISTRICT OF CALIFORNIA )
                                          )    ss.    AFFIDAVIT
CITY OF SAN JOSE, COUNTY OF SANTA CLARA   )
```

      I, Mark R. Dixon, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, state:

      1. I am a Special Agent of the FBI and have been so employed since June of 2006. While acting in that capacity I received information from Supervising Deputy District Attorney Dana Overstreet of the Santa Clara County District Attorney's Office, San Jose, California, who advised that on February 21, 2008, a no-bail arrest warrant was issued for the arrest of Nathan Allen Talarico, date of birth September 01, 1988. This warrant was issued by the Superior Court of the County of Santa Clara, State of California, docket number BB832311, charging Talarico with violations of California Penal Code, Section 187, murder. A certified copy of the warrant is attached hereto and specially incorporated herein as Exhibit A. All of the information contained in paragraphs two and three was obtained through the investigation of law enforcement officers of the Mountain View Police Department (MVPD), Mountain View, California.

      2. On February 7, 2008, Jeffery Johnson was shot and killed while driving a Ford Explorer. Examination of the scene revealed that a passenger, later identified as David Osborne, had been in the vehicle. When interviewed Osborne stated that Johnson had been arranging to broker a marijuana deal between two groups. While waiting in the parking lot of Happi House Restaurant with two buyers who arrived separately, Osborne saw three unknown males on foot. Johnson called one of them Nate (later identified as Telarico). Telarico said, "I'm fine hella coked up!" (Slang term meaning being under the influence of cocaine). Osborne became nervous and began telling Johnson to leave as he saw a unknown subject hiding and attempting to cover his face. Johnson began backing out of the parking lot when one of the male subjects on foot approached the driver side window of Johnson's car with part of his face covered by his sweatshirt. The suspect extended his arm which was covered by his long sleeved sweatshirt, and shot Johnson as he tried to drive away. Johnson rapidly accelerated away before crashing the vehicle. Immediately after Johnson was shot and fled, the three subjects, including Telarico, began chasing and shooting at the two buyer who were waiting with Johnson.

1

3. Talarico was last seen by family a couple of hours after the homicide, and has changed/disconnected cell phones since the night of the homicide. Current information places Talarico in Miami, FL. MVPD developed a lead that Talarico took a Greyhound bus from San Jose on February 11, 2008 and arrived in Miami on February 14, 2008. MVPD has a witness who received a call from Talarico using a T-Mobile cell phone belonging to Amanda Gutierrez. Gutierrez used to live in Mountain View, CA and is a known person to MVPD. Gutierrez is now believed to be living/working in Miami, FL and has a listed address of 2220 SW 15th St., Miami, FL on her T-Mobile phone bill. MVPD knows that Talarico and Gutierrez are associates based on mutual friends. A check of cell records shows that Talarico and Gutierrez called each other after the homicide, and that Gutierrez made a call one hour after the homicide to Greyhound bus lines.

4. The Santa Clara County District Attorney's Office, San Jose, California, by letter dated February 21, 2008, has formally requested the assistance of the Federal Bureau of Investigation and the United States Attorney's Office in locating and arresting Talarico for violations of California Penal Code, Section 187, murder. In that letter, a true and correct copy of which is attached hereto and specifically incorporated herein as Exhibit B, the Santa Clara County District Attorney's Office represents that it will extradite Clark from any location in the United States.

5. It is my belief that there is probable cause to believe that Nathan Allen Talarico has fled the State of California to avoid arrest and prosecution for violation of California Penal Code, Section 187, murder, in violation of Title 18, United States Code, Section 1073.

_____
Mark R. Dixon, Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 22 DAY OF FEBRUARY 2008

_____
Patricia V. Trumbull
United States Magistrate Judge

2

# ARREST WARRANT

DVJ637    CII: A25208561    FBI: 527789DC8
00000576117

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, PLAINTIFF, | CEN: 08505188<br>DOCKET NO: BB832311<br>DRIVER'S LIC NO: CAD9790182<br>AGENCY CASE NO: 080910 |
| VS | DESCRIPTION |
| NATHAN ALAN TALARICO<br>732 E EVELYN AV<br>APT. 315<br>SUNNYVALE CA 94086<br>DEFENDANT | BIRTHDATE: 09/01/1988<br>HEIGHT: 510  WEIGHT: 150<br>HAIR: BK  EYES: BR  SEX: M<br>REMARKS:<br>RACE: HISPANIC<br>SERVICE AGENCY: 04311 |

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER OF SAID STATE:
COMPLAINT UNDER OATH HAVING BEEN MADE BEFORE ME BY:
J8444 JOHNSTON    MOUNTAIN VIEW POLICE DEPARTMENT

THAT THE OFFENSE OF:
(F)PC187    PR:

*I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE COPY OF THE ORIGINAL CITATION / REPORT ISSUED BY THE MOUNTAIN VIEW POLICE DEPARTMENT*
[signed] 2/21/07
OFFICER    DATE

A FELONY HAS BEEN COMMITTED, AND ACCUSING:
NATHAN ALAN TALARICO    THEREOF,

YOU ARE THEREFORE COMMANDED TO ARREST THE ABOVE NAMED DEFENDANT AND BRING SAID DEFENDANT FORTHWITH BEFORE THE ENTITLED COURT.

THIS FELONY WARRANT MAY BE SERVED AT NIGHT PURSUANT TO SEC 840 PC.

DEFENDANT MAY BE ADMITTED TO BAIL IN THE SUM OF $ *No Bail Allowed*

WITNESS MY HAND AND SEAL,

DATE: 02/21/2008
PALO ALTO FACILITY
270 GRANT AVENUE
PALO ALTO, CA 94306

[signed] Rise Pichon
JUDGE OF THE SUPERIOR COURT
RISE JONES PICHON

COURT APPEARANCE TIMES AND DATES:
09:00 MONDAY THRU FRIDAY

# ARREST WARRANT